PAUL N. SORRELL (BAR NO. 126346)
psorrell@lavelysinger.com
LAVELY & SINGER
PROFESSIONAL CORPORATION
2049 Century Park East, Suite 2400
Los Angeles, California 90067-2906
Telephone: (310) 556-3501
Facsimile: (310) 556-3615

Attorneys for Plaintiffs OUR HOUSE FILMS, LLC
and KICKBOXER II RETALIATION, LLC

JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| OUR HOUSE FILMS, LLC, a Colorado limited liability company; and KICKBOXER II RETALIATION, LLC, a Colorado limited liability company,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>TUNNEL, INC., a California corporation,<br><br>　　　　　Defendant. | CASE NO. 2:18-cv-07298-SVW-SS<br><br>[~~PROPOSED~~] ORDER RE STIPULATION FOR DISMISSAL WITHOUT PREJUDICE PURSUANT TO F.R.C.P. RULE 41(a)(2);<br><br>Complaint Filed: August 20, 2018<br>Trial Date: May 21, 2019 |

Upon the parties' Stipulation for voluntary dismissal without prejudice of this action pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, IT IS HEREBY ORDERED that this action is dismissed without prejudice.

DATED: 3/26/19

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　HON. STEPHEN V. WILSON
　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE